**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 09-300 (4) (JRT/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| SARA JO BLOOMQUIST, | |
| Defendant. | |

_____

Jeffrey Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Deborah Ellis, **ELLIS LAW OFFICE**, 101 East Fifth Street, Suite 2626, St. Paul, MN 55101, for defendant.

This matter is before the Court on the Government's motion to file a document under seal. Based on all the records, files, and proceedings in this case, the Court finds that good cause exists to allow the request.

Accordingly, **IT IS HEREBY ORDERED** that the Government's motion to seal document [Docket No. 175] is **GRANTED**.

DATED: June 21, 2010  
at Minneapolis, Minnesota                                         ___ s/ John R. Tunheim ____  
                                                                                              JOHN R. TUNHEIM  
                                                                                  United States District Judge